**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Richard BAKER, Defendant/Appellant.**

**No. 58098.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 5, 1991.

Application to Transfer Denied
Oct. 16, 1991.

---

Renee D. Hardin, Asst. Public Defender, Clayton, for defendant/appellant.

Robert P. McCulloch, Pros. Atty., Kathi Alizadeh, Asst. Pros. Atty., Clayton, for plaintiff/respondent.

### ORDER

PER CURIAM.

In this jury-tried case, defendant appeals his conviction on two counts of third degree assault, driving while intoxicated, and failure to drive in a single lane.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).